**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 02-50237
Summary Calendar

ERNEST DE LEON,

Plaintiff-Appellant,

VERSUS

SAN ANTONIO INDEPENDENT SCHOOL DISTRICT;
LAURA HERRERA, In Her Individual and Official Capacity,

Defendants-Appellees.

Appeal from the United States District Court
For the Western District of Texas, San Antonio Division

(SA-99-CV-1106)

August 21, 2002

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Ernest De Leon appeals the district court's grant of summary judgment in favor of his former employer, the San Antonio Independent School District, and his former supervisor, Laura Herrera. The court found that Mr. De Leon could not recover on his

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Title VII claims because he had not shown that Ms. Herrera had treated him differently than a similarly situated female employee. The court also found that Mr. De Leon could not recover on his Equal Protection and retaliation claims because he had not established a causal connection between his complaints and his termination.

Having carefully reviewed the briefs and the record, we determine that the district court properly granted summary judgment in the appellees' favor. We therefore affirm for the reasons stated in the district court's order of February 15, 2002.

**AFFIRMED.**